JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>HPT TRS IHG-2, INC., a Maryland Corporation; SONESTA INTERNATIONAL HOTELS CORPORATION, a Maryland Corporation;<br><br>    Defendants, | Case No.: 8:21-cv-00257-DOC-(KESx)<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: May 25, 2021

_____
HONORABLE DAVID O. CARTER
United States District Judge

Order          -1-                                    8:21-cv-00257-DOC-(KESx)